UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BOLDUC, SHAWN C. ) | CASE NO. 13-03600-RLM-7A |
| ) | |
| DEBTOR. ) | |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL DEBTOR'S NON-EXEMPT INTEREST IN PERSONAL PROPERTY, OUTSIDE THE ORDINARY COURSE OF BUSINESS,AS AUTHORIZED BY 11 U.S.C. § 363(b)**

The Motion of Joseph W. Hammes, by counsel, respectfully alleges:

1. That he is the duly qualified and acting trustee in this Chapter 7 case.

2. On April 10, 2013, Shawn Corbett Bolduc ("Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, §§ 101-728 (as amended, the "Bankruptcy Code").

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for the relief requested is Bankruptcy Code § 363(b).

4. Debtor's schedules disclose an ownership interest in non-exempt, personal property (i.e., 2005 Silverado, Chevy S-10, car trailer, and bank account balance) (the "Personal Property") which has a total scheduled, non-exempt equity of $7,472.

5. Upon information and belief, the trustee alleges that there are no parties who assert a lien in these proceedings which may attach to the Personal Property.

6. Bankruptcy Code § 363(b) provides that the trustee may sell the Personal Property, other than in the ordinary course of business, after notice and a hearing. The trustee believes that it is in the best interest of the estate to sell the Personal Property.

7. Debtor has offered to purchase the Personal Property from the trustee for the sum of $6,972.

8. Debtor and trustee propose that the bankruptcy estate sell the Personal Property to Debtor, and abandon the estate's interest in all other scheduled property, in consideration of Debtor's payment of $6,972 to the estate.

9. Debtor will tender the sum of $6,972 to the trustee no later than July 3, 2013, and that fund will be held in the bankruptcy estate's account subject to a court ruling on this Motion. If this Motion is denied, the trustee shall immediately return the $6,972 to the Debtor.

10. The trustee has considered the probabilities of success, the expense, inconvenience and delay of litigation, as well as the paramount interest of the creditors. The trustee has also considered the cost and fees associated with liquidation of the Personal Property at public sale.

11. The trustee has concluded that it is in the best interest of the bankruptcy estate and prompt liquidation of the estate to sell the Personal Property to Debtor and abandon the estate's interest in the Personal Property, as well as all other scheduled property, in consideration of payment of $6,972 to the bankruptcy estate.

WHEREFORE, the trustee prays that the Court authorize the sale of the Personal Property to the Debtor and abandonment of the estate's interest in the Personal Property, as well as all other scheduled property, in consideration of payment

of $6,972 to the bankruptcy estate, and for such other and further relief as the Court deems just and proper.

**NOTICE IS GIVEN** THAT ANY OBJECTION TO THIS MOTION MUST BE FILED WITH THE BANKRUPTCY CLERK WITHIN **21 DAYS** FROM DATE OF SERVICE [OR SUCH OTHER TIME PERIOD AS MAY BE PERMITTED BY PURSUANT TO FED.R. BANKR.P. 9006(F)]. THOSE NOT REQUIRED OR NOT PERMITTED TO FILE ELECTRONICALLY MUST DELIVER ANY OBJECTION BY U.S. MAIL, COURIER, OVERNIGHT/EXPRESS MAIL, OR IN PERSON AT: BANKRUPTCY CLERK, 116 U.S. COURTHOUSE, 46 EAST OHIO ST., INDIANAPOLIS, IN 46204. THE OBJECTING PARTY MUST ENSURE DELIVERY OF A COPY OF THE OBJECTION TO THE TRUSTEE. **IF AN OBJECTION IS NOT TIMELY FILED, THE REQUESTED RELIEF MAY BE GRANTED.**

                                      Respectfully Submitted,

                                      /s/ Joseph W. Hammes
                                      Joseph W. Hammes, General Counsel
                                      Tucker Hester Baker & Krebs
                                      One Indiana Square, Suite 1600
                                      Indianapolis, Indiana 46204-2500
                                      Ph: 317/608-1144  Fax: 317/833-3031
                                      JHammes@THBKlaw.com

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on June 6, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

 Joseph W. Hammes trusteehammes@gmail.com,
 IN34@ecfcbis.com,cball@thbklaw.com
 Matthew Michael Cree matthew@vanvalerlaw.com, lois@vanvalerlaw.com
 U.S. Trustee ustpregion10.in.ecf@usdoj.gov

 I further certify that on June 6, 2013, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Shawn Bolduc
879 Quarterhorse Run
Bargersville, IN 46106

            s/ Joseph W. Hammes
            Joseph W. Hammes